**This document was signed electronically on November 19, 2010,
which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
**Pat E. Morgenstern-Clarren**

**Dated: November 19, 2010**  **United States Bankruptcy Judge**

BK1009574
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-18105 |
| Michael Lee Ramey | Chapter 7 |
| | Judge Morgenstern-Clarren |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, LLC SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY FOR RELIEF FROM STAY AND ABANDONMENT 527 STONE VALLEY DRIVE, AMHERST, OH 44001** |

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company ("Movant"). (Docket **15**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the

Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 527 Stone Valley Drive Amherst, OH 44001.

###

SUBMITTED BY:

/s/ Edward J Boll
Edward J Boll, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0072982
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Alice M. Ramey – Interested Party
495 North Main Street
Amherst, OH 44001
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

William J Balena, Esq. - Attorney for Debtor
511 Broad Street
Elyria, OH 44035
bbalena@me.com
VIA ELECTRONIC SERVICE

Edward J Boll, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Lorain County Treasurer - Creditor
226 Middle Avenue
Elyria, OH 44035
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Michael Lee Ramey - Debtor
527 Stone Valley Drive
Amherst, OH 44001
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Alan J. Treinish - Trustee
1370 Ontario Street
Suite 700
Cleveland, OH 44113
atreinish@epitrustee.com
VIA ELECTRONIC SERVICE